983 A.2d 196

VIVIAN CRESPO, PLAINTIFF–RESPONDENT, v.
ANIBAL CRESPO, DEFENDANT–MOVANT.

October 8, 2009.

ORDERED that the motion for leave to appeal is granted.

983 A.2d 196

JOSEPH M. GUIDO AND TERESA GUIDO, HUSBAND AND WIFE,
PLAINTIFFS–RESPONDENTS, v. DUANE MORRIS, LLP, A
LIMITED LIABILITY PARTNERSHIP, ET AL., DEFENDANTS–
MOVANTS.

October 8, 2009.

ORDERED that the motion for leave to appeal is granted.

983 A.2d 196

NEW JERSEY MANUFACTURERS INSURANCE COMPANY,
PLAINTIFF–RESPONDENT, v. NATIONAL CASUALTY
COMPANY, DEFENDANT–MOVANT.

October 8, 2009.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider on the merits.